IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

OMAR ROMERO,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-5026

_____/

Opinion filed August 24, 2017.

An appeal from the Circuit Court for Walton County.
 Kelvin C. Wells, Judge.

Andy Thomas, Public Defender, and Maria Ines Suber, Assistant Public Defender, for Appellant.

Pamela Jo Bondi, Attorney General, and Virginia Harris, Assistant Attorney General, for Appellee.

PER CURIAM.

     AFFIRMED.

ROWE, OSTERHAUS, and WINOKUR, JJ., CONCUR.